## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

TAMIKA K. WOODARD-SPRIGGS                                                                     PLAINTIFF

v.                                        NO. 2:12CV00005 JLH

EAST ARKANSAS COMMUNITY COLLEGE                                                  DEFENDANT

### ORDER

    East Arkansas Community College filed a motion to dismiss this action on February 9, 2012. The time for filing a response has expired. No response has been filed. The Court hereby gives notice to the plaintiff that if she does not file a response to the motion to dismiss **by March 9, 2012**, the Court will assume that she does not oppose the motion and will act accordingly.

    IT IS SO ORDERED this 28th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE