# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

TAMIKA K. WOODARD-SPRIGGS                                              PLAINTIFF

v.                              NO. 2:12CV00005 JLH

EAST ARKANSAS COMMUNITY COLLEGE                                        DEFENDANT

## ORDER

East Arkansas Community College filed a motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The plaintiff has not responded, despite an Order from the Court entered on February 28, 2012, directing the plaintiff to respond on or before March 9, 2012. The motion is granted, and the complaint is dismissed without prejudice. Document #13.

IT IS SO ORDERED this 12th day of March, 2012.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE