# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

TAMIKA K. WOODARD-SPRIGGS                                             PLAINTIFF

v.                              NO. 2:12CV00005 JLH

EAST ARKANSAS COMMUNITY COLLEGE                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 12th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE